**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE COLLEGE ATHLETE ELIGIBILITY RULES ANTITRUST LITIGATION** | **MDL No. 3198** |

**NOTICE OF ADDITIONAL RELATED ACTIONS**

Defendant National Collegiate Athletic Association hereby notifies the Panel of additional related actions listed on the attached Schedule of Additional Related Actions. A copy of the Complaint and docket sheet for these actions are also attached hereto as Exhibits 1-8.

Dated: September 2, 2026

Respectfully submitted,

/s/ *Rakesh N. Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

/s/ *Taylor J. Askew*
Taylor J. Askew
David J. Zeitlin
HOLLAND & KNIGHT LLP
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
taylor.askew@hklaw.com
david.zeitlin@hklaw.com

Attorneys for Defendant National Collegiate Athletic Association