**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE COLLEGE ATHLETE ELIGIBILITY RULES ANTITRUST LITIGATION** | **MDL No. 3198** |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I, Rakesh Kilaru, counsel for Defendant National Collegiate Athletic Association, hereby certify that on September 2, 2026, I caused to be electronically filed the following with the Clerk of the Court using the Judicial Panel on Multidistrict Litigation's CM/ECF system:

1) National Collegiate Athletic Association's Notice of Additional Related Actions,
2) Schedule of Additional Related Actions, and
3) This Proof of Service.

The undersigned further certifies that a copy of the foregoing was served via email on all counsel or parties listed below.

| Via Electronic Mail | |
|---|---|
| Andrew Yoder<br>Wexler Boley & Elgersma LLP<br>311 South Wacker Drive<br>Suite 5450<br>Chicago, IL 60606<br>312-261-4540<br>Fax: 312-346-0022<br>Email: ay@wbe-llp.com<br><br>Margaret Shadid<br>Wexler Boley & Elgersma LLP<br>311 South Wacker Drive<br>Suite 5450<br>Chicago, IL 60606<br>312-346-2222<br>Fax: 312-346-0022<br>Email: ms@wbe-llp.com<br><br>Melinda J. Morales<br>Wexler Boley & Elgersma LLP<br>311 South Wacker Drive<br>Suite 5450<br>Chicago, IL 60606<br>312-346-2222<br>Fax: 312-346-0022<br>Email: mjm@wbe-llp.com<br><br>Justin N. Boley<br>Wexler Boley & Elgersma LLP<br>311 South Wacker Drive<br>Suite 5450<br>Chicago, IL 60606<br>312-346-2222<br>Fax: 312-346-0022<br>Email: jnb@wbe-llp.com<br><br>*Attorneys for Plaintiffs: DeJuan Campbell, Laila Jewett, Sebastian Mexico*<br><br>*Case No. 1:26-cv-03635 (D. Colo)* | Diana Florence<br>Shumaker, Loop & Kendrick LLC<br>Sports and Hospitality<br>140 East 28th Street<br>Apt. 12E<br>New York, NY 10016<br>917-445-9483<br>Email: dflorence@shumaker.com<br><br>Nicholas Stack<br>Shumaker, Loop & Kendrick, LLP<br>1000 Jackson Street<br>Toledo, OH 43604<br>419-241-9000<br>Email: nstack@shumaker.com<br><br>Patricia Wilson Magee<br>101 South Tryon Street<br>Suite 2200<br>Charlotte, NC 28280<br>704-375-0057<br>Email: tmagee@shumaker.com<br><br>*Attorneys for Plaintiffs: KaTron Evans*<br><br>*Case No. 5:26-cv-00552 (E.D.N.C.)* |

| | |
|---|---|
| Bradford J. Deitzler<br>Lewis Gianola PLLC<br>1714 Mileground<br>Morgantown, WV 26505<br>304-291-6300<br>Email: bdeitzler@lewisgianola.com<br><br>David M. Jecklin<br>Lewis Gianola PLLC<br>1714 Mileground<br>Morgantown, WV 26505<br>304-291-6300<br>Fax: 304-291-6307<br>Email: djecklin@lewisgianola.com<br><br>Devon Joseph Stewart<br>Lewis Gianola PLLC<br>P.O. Box 1746<br>Charleston, WV 25326<br>304-345-2000<br>Fax: 304-343-7999<br>Email: dstewart@lewisgianola.com<br><br>James A. Gianola<br>Lewis Gianola PLLC<br>1714 Mileground Road<br>Morgantown, WV 26505<br>304-291-6300<br>Fax: 304-291-6307<br>Email: jgianola@lewisgianola.com<br><br>*Attorneys for Plaintiff Brenen Lorient, Javan Buchanan*<br><br>*Case No. 1:26-cv-00094 (N.D.W. Va.)* | |
| Adrian G. Johnson<br>Leventhal Puga Braley P.C.<br>950 South Cherry Street<br>Suite 600<br>Denver, CO 80246<br>303-759-9945<br>Email: ajohnson@leventhal-law.com<br><br>Alexandra Klein<br>Cuneo Gilbert Flannery & LaDuca LLP<br>222 Livingston Street | Jeff Allen<br>The Law Firm of Jeff Allen<br>P.O. Box 92395<br>Southlake, TX 76092<br>817-247-8765<br>Email: info@fourleafcollective.com<br><br>Ronald Mac Fields, III<br>The Fields Firm Legal<br>791 Myrtle Street Ne #3<br>Atlanta, GA 30308 |

| | |
|---|---|
| Suite 2<br>Brooklyn, NY 11201<br>917-204-6469<br>Email: aklein@cuneolaw.com<br><br>Alexandra C. Warren<br>Cuneo Gilbert Flannery & LaDuca LLP<br>2445 M Street NW<br>Suite 740<br>Washington, DC 20037<br>202-789-3960<br>Fax: 202-789-1813<br>Email: awarren@cuneolaw.com<br><br>Brian Aleinikoff<br>Leventhal Puga Braley P.C.<br>950 South Cherry Street<br>Suite 600<br>Denver, CO 80246<br>303-362-0715<br>Email: baleinikoff@leventhal-law.com<br><br>Bruce Lowell Braley<br>Leventhal Puga Braley P.C.<br>950 South Cherry Street<br>Suite 600<br>Denver, CO 80246<br>303-759-9945<br>Fax: 303-759-9692<br>Email: bbraley@leventhal-law.com<br><br>C. Peter Goplerud , III<br>National Litigation Law Group<br>401 West Broadway Avenue<br>Enid, OK 73701<br>904-502-9515<br>Email: pgoplerud@nationlit.com<br><br>Christian Hudson<br>Cuneo Gilbert Flannery & LaDuca LLP<br>222 Livingston Street<br>Suite 2<br>Brooklyn, NY 11201<br>202-789-3960<br>Email: christian@cuneolaw.com | 404-981-5715<br>Fax: 404-981-5715<br>Email: ron@fieldsfirmlegal.com<br><br>*Attorneys for Plaintiff Javier Morton*<br><br>*Case No. 1:26-cv-01538 (N.D. Ga)* |

| | |
|---|---|
| Diana Florence<br>Shumaker, Loop & Kendrick, LLP<br>1000 Jackson Street<br>Toledo, OH 43604<br>419-241-4000<br>Email: dflorence@shumaker.com<br><br>Elliot Sol Abrams<br>Cheshire Parker Schneider & Abrams PLLC<br>133 Fayetteville Street<br>4th Floor<br>Raleigh, NC 27601<br>919-833-3114<br>Fax: 919-832-0739<br>Email: elliot.abrams@cheshirepark.com<br><br>Michael James Flannery<br>Cuneo Gilbert & LaDuca LLP<br>2 City Place Drive<br>2nd Floor<br>St. Louis, MO 63105<br>314-226-1015<br>Email: mflannery@cuneolaw.com<br><br>Robert K. Shelquist<br>Cuneo Gilbert Flannery & LaDuca LLP<br>5775 Wayzata Boulevard<br>Suite 620<br>St. Louis Park, MN 55416<br>612-991-2934<br>Email: rshelquist@cuneolaw.com<br><br>Alexander R. Wilschke<br>Leventhal Puga Braley P.C.<br>950 South Cherry Street<br>Suite 600<br>Denver, CO 80246<br>303-759-9945<br>Fax: 303-759-9692<br>Email: awilschke@leventhal-law.com<br><br>Daniel M. Cohen<br>Cuneo Gilbert Flannery & LaDuca LLP<br>2445 M Street NW<br>Suite 740<br>Washington, DC 20037 | |

| | |
|---|---|
| 202-441-9724<br>Email: danielc@cuneolaw.com<br><br>J. Barton Goplerud<br>Shindler Anderson Goplerud & Weese PC<br>5015 Grand Ridge Drive<br>Suite 100<br>West Des Moines, IA 50265<br>515-223-4567<br>Email: goplerud@sagwlaw.com<br><br>Robert Alfred Boland<br>Shumaker Loop & Kendrick<br>1000 Jackson Street<br>Toledo, OH 43604<br>917-716-8637<br>Email: rboland@shumaker.com<br><br>*Attorneys for Plaintiffs: Brock Wisne, Aidan Shaw, Aislin Malcolm, Cade Tyson, Abigail Jefferies, Anthony Johnson, Louie Jordan, Jefferson De La Cruz Monegro, Isaiah Jones, Dimond Loolsi, Brett Griffiths, and Jake Morell*<br><br>*Case No. 1:26-cv-03063 (D. Colo)* | |
| Chloe N. Glass<br>Glass & Tabor, LLP<br>1601 36th Ave NW<br>Norman, OK 73072<br>405-360-9700<br>Fax: 405-360-7902<br>Email: chloe@glasstaborlaw.com<br><br>Geoffrey A. Tabor<br>1601 36th Ave NW<br>Ste Norman<br>OK, OK 73072<br>405-360-9700<br>Email: geoffrey@glasstaborlaw.com<br><br>Timothy Ryan O'Reilly<br>O'Reilly Law Group<br>325 S. Maryland Parkway<br>Las Vegas, NV 89101<br>702-382-2500 | La'Vario Wiley<br>10041 La Salle Ave.<br>Los Angeles, CA 90047<br>323-787-1553<br>Email: lavvariodw7@gmail.com<br><br>*PRO SE* |

| | |
|---|---|
| Fax: 702-384-6266<br>Email: efile@oreillylawgroup.com<br><br>Woodrow K. Glass<br>Glass & Tabor, LLP<br>1601 36th Avenue NW<br>Norman, OK 73072<br>405-360-9700<br>woody@glasstaborlaw.com<br><br>*Attorneys for Plaintiff Cohen Fuller*[1]<br><br>*Case No. 2:26-cv-01974 (D. Nev.)* | *Case No. 2:26-cv-02281 (D. Nev.)*[2] |

[1] On August 28, 2026, the court denied Plaintiff Cohen Fuller's Temporary Restraining Order. Dkt. No. 48.
[2] On August 25, 2026, the court denied Plaintiff La'Vario Wiley's Motion for Temporary Restraining Order and Emergency Motion for Preliminary Injunction. Dkt. No. 32.

Joseph Alexander Little , IV
Litson PLLC
54 Music Square East
Suite 300
Nashville, TN 37203
615-985-8205
Email: alex@litson.com

Anderson Boone Cofer
Garza Law Firm, PLLC
550 W Main St
Suite 340
Knoxville, TN 37902
865-540-8300
Email: acofer@garzalaw.com

Brent Allen Morris
Garza Law Firm, PLLC
550 West Main Street
Suite 340
Knoxville, TN 37902
865-540-8300
Fax: 865-474-9397
Email: bmorris@garzalaw.com

Marcos M Garza
The Garza Law Firm, PLLC
550 W. Main Street
Suite 340
Knoxville, TN 37902
865-540-8300
Fax: 865-474-9397
Email: mgarza@garzalaw.com

Zachary Carter Lawson
Litson PLLC
111 E. Jackson Ave.
Ste 203
Knoxville, TN 37915
865-234-0247
Email: zack@litson.com

Ryan Downton
The Texas Trial Group
500 PR-693, Ste. 30
Dorado, PR 00646
512-680-7947
Email: ryan@thetexastrialgroup.com

Salvador M. Hernandez
Riley & Jacobson PLC
1906 West End Ave
Nashville, TN 37203
615-320-3700
Fax: 615-320-3737
Email: shernandez@rjfirm.com

*Attorneys for Plaintiffs: Diego Pavia, Trevonte "Tre" Richardson, Trent Hudson, James Djonkam, Azariah "Bear" Levells, Jacob De Jesus, David Murphy, Ja'ir Smith, Anthony Frias II, Amani Givens, Zelmar Vedder, Eddy Toussom, Kyri Shoels, Jamarien Wheeler, Emery Floyd, Jayden Dixon-Veal, Nadame Tucker, Quintrayvion Taylor, and Consolidated plaintiff*[3] *Christopher Bellamy, Demarcus Griffin, and TJ Smith*

*Case No. 3:24-cv-01336 (M.D. Tenn.)*

[3] The *Pavia* and *Bellamy v. NCAA*, No. 3:25-cv-00750 (M.D. Tenn.), actions were consolidated. *See Bellamy*, No. 3:25-cv-00750, Dkt. No. 49. The plaintiffs listed here—Christopher Bellamy, Demarcus Griffin, and TJ Smith—were originally named in the *Bellamy* action and, following consolidation, now appear in the consolidated *Pavia* action.

| | |
|---|---|
| *Attorneys for Plaintiff Zakai Zeigler*<br><br>*Case No. 3:25-cv-00226 (E.D. Tenn.)* | |

| | |
|---|---|
| Amanda Kusick<br>Baker Botts LLP<br>700 K St N.W.<br>Washington, DC 20001<br>(202) 639-7700<br>Fax: (202) 639-7890<br>Email: amanda.kusick@bakerbotts.com<br><br>Erik T. Koons<br>Baker Botts LLP<br>700 K St N.W.<br>Washington, DC 20001<br>202-639-7973<br>Email: erik.koons@bakerbotts.com<br><br>Erin M. Schnappauf<br>Baker Botts LLP<br>700 K St N.W.<br>Washington, DC 20001<br>(202) 639-7700<br>Fax: (202) 639-7890<br>Email: erin.schnappauf@bakerbotts.com<br><br>JoAnna B. Adkisson<br>Baker Botts LLP<br>700 K St N.W.<br>Washington, DC 20001<br>202-639-1301<br>Email: joanna.adkisson@bakerbotts.com<br><br>Rebecca Krause<br>Baker Botts, LLP<br>101 California Street<br>Suite 3200<br>San Francisco, CA 94111<br>510-418-9942<br>Email: rebecca.krause@bakerbotts.com<br><br>Ryan P. Durham<br>Boston, Holt & Durham, PLLC<br>P.O. Box 357<br>Lawrenceburg, TN 38464<br>931-762-7167<br>Email: rdurham@bhsdlaw.com<br><br>*Attorneys for Plaintiff Derrin Boyd* | Alexander Kraszewski<br>Baker Botts LLP<br>700 K St N.W.<br>Washington, DC 20001<br>(202) 639-7952<br>Email: alexander.kraszewski@bakerbotts.com<br><br>Bridget P. Moore<br>Baker Botts LLP<br>700 K St N.W.<br>Washington, DC 20001<br>(202) 639-7700<br>Email: bridget.moore@bakerbotts.com<br><br>Christopher P. Wilson<br>Baker Botts LLP<br>700 K St N.W.<br>Washington, DC 20001<br>(202) 639-7700<br>Email: christopher.wilson@bakerbotts.com<br><br>Erik T. Koons<br>Baker Botts LLP<br>700 K St N.W.<br>Washington, DC 20001<br>202-639-7973<br>Email: erik.koons@bakerbotts.com<br><br>JoAnna B. Adkisson<br>Baker Botts LLP<br>700 K St N.W.<br>Washington, DC 20001<br>202-639-1301<br>Email: joanna.adkisson@bakerbotts.com<br><br>Michael A. Munoz<br>Baker Botts LLP<br>700 K St N.W.<br>Washington, DC 20001<br>(202) 639-7700<br>Email: michael.munoz@bakerbotts.com<br><br>Milton S. McGee , III<br>Riley & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, TN 37203 |

| | |
|---|---|
| *Case No. 3:25-cv-00729 (M.D Tenn)* | 615-320-3700<br>Email: tmcgee@rjfirm.com<br><br>Ryan Downton<br>The Texas Trial Group<br>500 PR-693, Ste. 30<br>Dorado, PR 00646<br>512-680-7947<br>Email: ryan@thetexastrialgroup.com<br><br>Salvador M. Hernandez<br>Riley & Jacobson PLC<br>1906 West End Ave<br>Nashville, TN 37203<br>615-320-3700<br>Fax: 615-320-3737<br>Email: shernandez@rjfirm.com<br><br>Edward William Duffy<br>Baker Botts LLP<br>700 K St N.W.<br>Washington, DC 20001<br>707-628-0439<br>Email: ed.duffy@bakerbotts.com<br><br>*Attorneys for Plaintiffs: Langston Patterson, Nicholas ("Nick") Levy, Nathanial Vakos, Kevin Gallic, Lance Mason, Chad Maurice ("Cj") Taylor Jr., Quincy Skinner Jr., Brayden Schager, Bernard ("Bj") Harris Jr., John ("Johnny") Luetzow, Henry Stewart, Jakob Russell, Justine Pissott, Ndjakalenga ("Jak") Mwenentanda, Lawson Lovering, Xcaret ("X") Pineda, Reese Ragland, Cayden Charles, Emily Pape, Valentino Pinedo, Elijah Lopez, Amaree Abram, Jayden Pierre*[4]*, and Timo Legout*<br><br>*Case No. 3:25-cv-00994 (M.D. Tenn.)* |

[4] Cayden Charles, Emily Pape, Valentino Pinedo, Elijah Lopez, Amaree Abram, and Jayden Pierre are currently listed on the docket, though they do not appear in the initial complaint. On July 15, 2026, Plaintiffs added the six Plaintiffs—Cayden Charles, Emily Pape, Valentino Pinedo, Elijah Lopez, Amaree Abram, and Jayden Pierre—in their proposed second amended complaint which the Defendant NCAA have opposed. *See* Dkt. No. 112, 122. The Motion for Leave to file Second Amended Complaint is now ripe remains pending. These six Plaintiffs have filed a Motion for Preliminary injunction on July 20, 2026. Dkt. No. 116. The deadline to respond to Plaintiffs' Motion for Preliminary injunction has been stayed. *See* Dkt. No. 129.

| | |
|---|---|
| David Michael Menditto<br>Menditto Law PLLC<br>15 West 6th Street<br>Ste 2505<br>Tulsa, OK 74119<br>918-404-0670<br>Email: david@mendittolaw.com<br><br>Christopher V. Langone<br>Langone Law<br>10 Williamsburg Court<br>Evanston, IL 60203<br>312-720-9191<br>Email: langonelaw@gmail.com<br><br>*Attorneys for Plaintiffs: Kyla Deck*<br><br>*Case No. 3:26-cv-02765 (N.D. Tex.)*<br><br>Andrew H. Bean<br>2699 Howell Street<br>Dallas, TX 75204<br>214-233-4544<br>Email: AHBean@willkie.com<br><br>Grant Kojis Schmidt<br>Willkie Farr & Gallagher LLP<br>2699 Howell Street<br>Suite 9000<br>Dallas, TX 75204<br>214-233-4528<br>Email: gschmidt@willkie.com<br><br>*Attorneys for Defendant: Southern Methodist University*<br><br>*Case No. 3:26-cv-02765 (N.D. Tex.)* | Ethan Overton Edwards<br>110 Cambridge Place<br>Apt. 2A<br>Brooklyn, NY 11238<br>718-869-6787<br>Email: edwardsethan731@gmail.com<br><br>*PRO SE*<br><br>*Case No. 1:26-cv-05047 (E.D.N.Y)*[5]<br><br>Jenna James<br>225 Veterans Drive<br>Unit 102<br>Brampton, Canada<br>405-868-3784<br>Email: jennabeyjames@gmail.com<br><br>*PRO SE*<br><br>*Case No. 4:26-cv-00346 (S.D. Iowa.)* |

[5] On August 26, 2026, the court denied Plaintiff Ethan Overton Edwards's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction. Dkt. No. 12.

| | |
|---|---|
| Andrew Jenkins<br>Henderson Jenkins, PLLC<br>1121 E. State St<br>Suite 105<br>Eagle, ID 83616<br>208-992-5591<br>Email: andrew@hendersonjenkins.com<br><br>Jason Kirk Henderson<br>Henderson Jenkins, PLLC<br>1121 E State Street, Suite 105<br>Eagle, ID 83616<br>208-992-5490<br>Email: jason@hendersonjenkins.com<br><br>*Attorneys for Plaintiff: Alejandro Ramirez*<br><br>*Case No. Case No. 4:26-cv-00542 (D. Id.)* | Brandon D. Wright<br>Lewis Brisbois Bisgaard & Smith<br>5555 Kietzke Lane, Suite 200<br>Reno, NV 89511<br>775-827-6440<br>Fax: 775-827-9256<br>Email: brandon.wright@lewisbrisbois.com<br><br>Gregg Clifton<br>Lewis Brisbois<br>2929 N. Central Avenue<br>Ste. 1700<br>Phoenix, AZ 85012<br>480-225-1563<br>Email: gregg.clifton@lewisbrisbois.com<br><br>*Attorneys for Plaintiff: Tatuo Martinson*<br><br>*Case No. 2:25-cv-01376 (D. Nev.)* |

| | |
|---|---|
| Dustin Dean Gwinn<br>AKERS GWINN<br>3814 Virginia Avenue<br>Charleston, WV 25304<br>304-924-1110<br>Email: dusty@akersgwinn.com<br><br>Emilee Brooke Wooldridge<br>STEPHEN NEW & ASSOCIATES<br>430 Harper Park Drive<br>Beckley, WV 25801<br>304-250-6017<br>Email: emilee@newlawoffice.com<br><br>Stephen P. New<br>STEPHEN NEW & ASSOCIATES<br>P. O. Box 5516<br>Beckley, WV 25801<br>304/250-6017<br>Fax: 304/250-6012<br>Email: steve@newlawoffice.com<br><br>*Attorneys for Plaintiffs: Dewain Boogie Trotter, Demarcus Lacey, Bryce Blevins, Bailey Fisher, Johanna Strom, Peyton Ilderton, Meredith Maier, Blessing King, Paige Simpson, Ryan Holmes, Hannah Wyler, Ksenia Mamontova, Allie Martin, Leila Bouseddra*<br><br>*Case No. 3:26-cv-00523 (S.D.W. Va.)* | Brandon D. Wright<br>Lewis Brisbois Bisgaard & Smith<br>5555 Kietzke Lane, Suite 200<br>Reno, NV 89511<br>775-399-6383<br>Fax: 775-827-9256<br>Email: brandon.wright@lewisbrisbois.com<br><br>Gregg Clifton<br>Lewis Brisbois<br>2929 N. Central Avenue<br>Ste. 1700<br>Phoenix, AZ 85012<br>480-225-1563<br>Email: gregg.clifton@lewisbrisbois.com<br><br>John Mark Samberg<br>John Samberg Attorney at Law<br>7750 West 4th Street<br>Ste No. 105<br>Reno, NV 89523<br>775-682-1800<br>Email: johnsamberg@gmail.com<br><br>*Attorneys for Plaintiff: Cortez Braham*<br><br>*Case No. 3:25-cv-00253 (D. Nev.)* |

| | |
|---|---|
| David Lawrence Kovach<br>Foco Legal Services<br>19 Old Town Square<br>Suite 238<br>Fort Collins, CO 80524<br>970-225-8259<br>Email: admin@focolegalservices.org<br><br>*Attorney for Plaintiff: Elias Larry*<br><br>*Case No. 1:25-cv-01761 (D. Colo.)*<br><br>Andrew Holbrook<br>Hendrickson & Long, PLLC<br>214 Capital Street<br>P.O. Box 11070<br>Charleston, WV 25301<br>(304) 346-5500<br>Fax: (304) 346-5515<br>Email: dholbrook@lewisgianola.com<br><br>James A. Gianola<br>Lewis Gianola PLLC<br>1714 Mileground Road<br>Morgantown, WV 26505<br>304-291-6300<br>Fax: 304-291-6307<br>Email: jgianola@lewisgianola.com<br><br>*Attorneys for Plaintiffs: Jimmori Robinson, Jeffrey Weimer, Tye Edwards, Justin Harrington*<br><br>*Case No. 1:25-cv-00075 (N.D.W. Va.)* | Andrew Jenkins<br>Henderson Jenkins, PLLC<br>1121 E. State St<br>Suite 105<br>Eagle, ID 83616<br>208-992-5591<br>Email: andrew@hendersonjenkins.com<br><br>Jason Kirk Henderson<br>Henderson Jenkins, PLLC<br>1121 E State Street, Suite 105<br>Eagle, ID 83616<br>208-992-5490<br>Email: jason@hendersonjenkins.com<br><br>*Attorneys for Plaintiff: Viliami Tu'Akoi*<br><br>*Case No. 4:26-cv-00553 (D. Id.)* |

| | |
|---|---|
| David John Stanoch<br>Honik LLC<br>1515 Market Street<br>Suite 1100<br>Philadelphia, PA 19102<br>267-435-1300<br>Email: david@honiklaw.com<br><br>M. Ryan Casey<br>The Casey Law Firm LLC<br>PO Box 1055<br>Silverthorne, CO 80498<br>970-372-6509<br>Fax: 970-372-6482<br>Email: ryan@rcaseylaw.com<br><br>Ruben Honik<br>Honik LLC<br>1515 Market Street<br>Suite 1100<br>Philadelphia, PA 19102<br>267-435-1300<br>Email: ruben@honiklaw.com<br><br>Lauren Bernstein<br>Moritt Hock & Hamroff LLP<br>400 Garden City Plaza<br>2nd Floor<br>Garden City, NY 11530<br>516-873-2000<br>Email: lbernstein@moritthock.com<br><br>*Attorneys for Plaintiffs: Mykaela Moore, Drake Harman, Sydney Gomes, Kennedy Hara, Jarrel Okorougo, Andrew Zielinski*<br><br>*Case No. 1:26-cv-03837 (D. Colo.)* | |

Dated: September 2, 2026

Respectfully submitted,

/s/ *Rakesh N. Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

/s/ *Taylor J. Askew*
Taylor J. Askew
David J. Zeitlin
HOLLAND & KNIGHT LLP
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
taylor.askew@hkslaw.com
david.zeitlin@hklaw.com

*Attorneys for Defendant National Collegiate Athletic Association*